Argued May 23, reversed and remanded September 23, reconsideration allowed October 30, former opinion adhered to November 13, petition for review denied December 10, 1974

BROWN ET AL, *Appellants, v.* THE BOARD OF COUNTY COMMISSIONERS OF WASHINGTON COUNTY ET AL (No. 33-579), *Respondents.*

526 P2d 490

*Darrell E. Bewley,* Portland, argued the cause for appellants. With him on the brief was Burton Hendershott, Aloha.

*Edward J. Sullivan,* County Counsel, Hillsboro, argued the cause and filed the brief for respondents Board of County Commissioners.

*William Bradley Duncan,* Hillsboro, argued the cause and filed the brief for respondent Gordon Merrill.

Before SCHWAB, Chief Judge, and LANGTRY and FORT, Judges.

PER CURIAM.

REVERSED AND REMANDED. *Meury v. Jarrell,* 269 Or 606, 525 P2d 1286 (1974).